IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-111-D

| | |
|---|---|
| ARNICA WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THOMAS W. HARKER, Acting ) | |
| Secretary Department of the Navy, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law in support of his motion to dismiss [D.E. 15] and reply [D.E. 17], the court GRANTS defendant's motion to dismiss [D.E. 14] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This _8_ day of December, 2021.

*[signature]*
JAMES C. DEVER III
United States District Judge
