UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ARNICA WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS W. HARKER, Acting Secretary )<br>Department of the Navy, )<br>)<br>Defendants. ) | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:21-CV-111-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law in support of his motion to dismiss [D.E. 15] and reply [D.E. 17], the court GRANTS defendant's motion to dismiss [D.E. 14] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on December 8, 2021, and Copies To:**

Ernest J. Wright                                             (via CM/ECF electronic notification)

Joshua B. Royster                                           (via CM/ECF electronic notification)

DATE:                                                                PETER A. MOORE, JR., CLERK

December 8, 2021                                              (By) /s/ Nicole Sellers
                                                                          Deputy Clerk